# SELF-EMPLOYED BUSINESS OWNERS

If you have been self-employed during the past 12 months, please list below the *normal* income and expenses your business generated for an *average* month. If you did not have an average monthly income due to extreme highs and lows in your business, estimate your total yearly income and divide by 12 to get the average monthly income. Use the same method of determining your average monthly expenses and enter those figures into the spaces below:

| | |
|---|---|
| Average monthly business income | $ 17,200.00 |

Did you withhold any earnings for tax purposes? ☐ Yes ☑ No

| | |
|---|---|
| If yes, how much did you withhold monthly? | $ |
| Average monthly business expenses (if applicable) | |
| Rent and utilities | $ 225.00 |
| Office Supplies | $ 65.00 |
| Product Supplies | $ |
| Wages | $ 4,000.00 |
| Equipment Leases | $ |
| Other Business Leases | $ |
| Other  Taxes/Licenses | $ 725.00 |
| Other  Fuel | $ 903.00 |
| Other  Repairs | $ 225.00 |
| Other  Misc | $ 100.00 |
| Other | $ |
| Other | $ |
| Other | $ |
| Other | $ |
| **Total Average Monthly Income** | $ 17,20.00 |
| **Total Average Monthly Expenses** | $ 6,243.00 |
| **Average Monthly Business Profit** | $ 10,957.00 |

Did you file income taxes for the years you operated your business? ☐ Yes ☑ No

If not, what years did you NOT file taxes?  2016

---

Dec 2016

# SELF-EMPLOYED BUSINESS OWNERS

If you have been self-employed during the past 12 months, please list below the *normal* income and expenses your business generated for an *average* month. If you did not have an average monthly income due to extreme highs and lows in your business, estimate your total yearly income and divide by 12 to get the average monthly income. Use the same method of determining your average monthly expenses and enter those figures into the spaces below:

Average monthly business income  $ 6,772.50

Did you withhold any earnings for tax purposes? ☐ Yes ☑ No

If yes, how much did you withhold monthly?  $ _____

Average monthly business expenses (if applicable)

Rent and utilities  $ 225.00
Office Supplies  $ 65.00
Product Supplies  $ _____
Wages  $ 1,578.00
Equipment Leases  $ _____
Other Business Leases  $ _____
Other  Taxes & Lic  $ 425.00
Other  Fuel  $ 525.00
Other  Repairs  $ 225.00
Other  Misc  $ 100.00
Other  _____  $ _____
Other  _____  $ _____
Other  _____  $ _____
Other  _____  $ _____

**Total Average Monthly Income**  $ 6,772.50
**Total Average Monthly Expenses**  $ 3,143.00
**Average Monthly Business Profit**  $ 3,629.50

Did you file income taxes for the years you operated your business? ☑ Yes ☐ No

If not, what years did you NOT file taxes?  2016

---

Forms developed by Victoria Ring, 713Training.Com